**Matthew A. Levin, OSB #003054**
MattLevin@MarkowitzHerbold.com
**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**Joseph M. Levy, OSB #231905**
JosephLevy@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Plaintiff adidas America, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ADIDAS AMERICA, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLE RETRIEVER LLC, a New York limited liability company; HARRIS R. MONOSON, an individual; and DOES 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:26-cv-00484-AR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiff adidas America, Inc., by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure as no opposing party has appeared, served an answer, or served a motion for summary judgment, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all claims, causes of action, and named defendants.

**Page 1 –      NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Each party shall bear its or his own attorneys' fees and costs.

DATED this 17th day of June, 2026.

Respectfully submitted,

MARKOWITZ HERBOLD PC

/s/ Matthew A. Levin
Matthew A. Levin, OSB #003054
MattLevin@MarkowitzHerbold.com
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Joseph M. Levy, OSB #231905
JosephLevy@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085

*Attorneys for Plaintiff adidas America, Inc.*

SO ORDERED this _____ day of _____, 2026

Hon. Jeff Armistead
UNITED STATES DISTRICT JUDGE

**Page 2 –     NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**